## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Malibu Media LLC

                 Plaintiff,

v.                              Case No.: 1:13−cv−03648
                               Honorable Matthew F. Kennelly

John Doe

                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Sunday, January 19, 2014:

      MINUTE entry before the Honorable Matthew F. Kennelly: Defendant's motion for extension of time and to file excess pages is granted. Defendant may file a 28 page combined response to the motion to dismiss and strike, by no later than 1/24/2014. Defendant's counsel is advised for future reference, however, that it is generally inappropriate to wait until the due date for a brief to request an extension. The due date for plaintiff's replies is extended to 2/7/2014. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.