# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Malibu Media LLC

                      Plaintiff,

v.                                                 Case No.: 1:13−cv−03648

                                                        Honorable Matthew F. Kennelly

John Doe

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 27, 2014:

      MINUTE entry before the Honorable Matthew F. Kennelly: On the Court's motion, the telephone status hearing set for 3/28/2014 is vacated. The Court will reset the hearing once it rules on the pending motions to dismiss and to strike. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.