# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Malibu Media LLC

                        Plaintiff,

v.                                                    Case No.: 1:13–cv–03648
                                                            Honorable Matthew F. Kennelly

John Doe

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 19, 2014:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephone status hearing held on 6/19/2014 with attorneys for both sides. Rule 26(a)(1) disclosures are to be made by 7/21/2014. Telephone status hearing, to be initiated by the parties, is set for 7/29/2014 at 9:00 a.m. for the purpose of discussing the possibility of settlement. Deadline for amending pleadings and adding parties is 9/30/2014. Rule 26(a)(2) disclosures are due by 10/31/2014 for plaintiff and 12/1/2014 for defendant. All discovery ordered closed 3/27/2015. The deadline for filing dispositive motions is 4/27/2015. Deadline for filing a motion for protective order is 7/10/2014. Mailed notice.(pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.