IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MALIBU MEDIA, LLC,

        Plaintiff,

   v.

JOHN DOE, subscriber assigned IP
address 24.14.139.173,

        Defendant.
_____/

Case No. 1:13-cv-03648

Judge Matthew F. Kennelly

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Malibu Media, LLC, and Defendant John Doe, subscriber assigned IP address 24.14.139.173 ("Defendant"), by and through their attorneys, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that all claims asserted against each other in this matter are hereby dismissed with prejudice.

WHEREFORE, Plaintiff and Defendant John Doe respectfully request that this Court enter an order dismissing with prejudice all Plaintiff's and Defendant John Doe's claims against each other, with each party to bear its own attorneys' fees and costs.

Consistent herewith Plaintiff and Defendant consent to the Court having its case closed for administrative purposes.

                       Respectfully submitted,

| | |
|---|---|
| */s/ Paul J. Nicoletti* | */s/ Morgan E. Pietz* |
| Paul J. Nicoletti, Esquire | Morgan E. Pietz, Esquire |
| NICOLETTI LAW, PLC | THE PIETZ LAW FIRM |
| 33717 Woodward Avenue | 3770 Highland Avenue |
| Suite 433 | Suite 206 |
| Birmingham, MI 48009 | Manhattan Beach, CA 90266 |
| Phone: 248-203-7800 | Phone: 310-424-5557 |
| pauljnicoletti@gmail.com | mpietz@pietzlawfirm.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

      I hereby certify that on August 18, 2014, the foregoing *Stipulation of Dismissal* was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                    By: /s/ *Paul J. Nicoletti*
                                    Paul J. Nicoletti